NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JESSICA ANN CROWL,                          )
                                            )
        Appellant,             )
                                            )
v.                                          )     Case No. 2D17-1828
                                            )
STATE OF FLORIDA,                           )
                                            )
        Appellee.              )
_____)

Opinion filed February 21, 2018.

Appeal from the Circuit Court for Charlotte
County; John L. Burns, Judge.

Howard L. Dimmig, II, Public Defender, and
Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, SILBERMAN, and MORRIS, JJ., Concur.